### COMMONWEALTH OF KENTUCKY v. AMOS BASSETT.

Recognizance — Forfeiture of.

> A party having appeared in court, as required in a bond, and having been released on his own recognizance, his sureties on the bond were released from any obligation.

APPEAL FROM HOPKINS CIRCUIT COURT.

February 14, 1866.

OPINION OF THE COURT BY JUDGE DUVALL:

The recognizance, to enforce the forfeiture of which this proceeding was instituted, bound the sureties for their principal's "appearance" on the second day of May term, 1864. The order-book shows that he did appear on that day, and also that on his agreement, still "to stand on his own recognizance," the case was continued. And it neither appears nor should, therefore, be presumed that the sureties were present and agreed to be longer bound. Indeed the accepted agreement to stand on his own recognizance imports that the court consented to waive its right to take him into custody or to require a new bond, and to trust to his own single obligation to appear at the next term. This entry, according to any allowable interpretation of it, released his sureties in the recognizance in discharge of which he had appeared.

Wherefore, as the appellant seems to have been thus discharged from liability, the judgment in his favor, without technical regard to the form of the issue, should, in our opinion, be and, therefore, is affirmed.